**Johnnie STERLING, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77688**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 1, 2016

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 2016

Application for Transfer Denied
September 20, 2016

Johnnie Sterling, Jr., Charleston, MO
Appellant, pro se.

Chris Koster, Attorney General, Karen
L. Kramer, Assistant Attorney General,
Jefferson City, MO, Attorneys for Respon-
dent.

Before Division II: Cynthia L. Martin,
Presiding Judge, and Mark D. Pfeiffer and
Karen King Mitchell, Judges

**Order**

Per Curiam:

Mr. Johnnie Sterling, Jr., appeals the
judgment of the Circuit Court of Jackson
County, Missouri, denying, without an evi-
dentiary hearing, his post-conviction relief
motion for DNA testing pursuant to sec-
tion 547.035 RSMo. Because a published
opinion would serve no jurisprudential
purpose, the parties have separately been
provided a legal memorandum setting

forth the basis for our ruling. We affirm.
Rule 84.16(b).